**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4206

_____

| | | |
|---|---|---|
| Gabriel Chehadeh; Chedco | * | |
| Development, Inc., a Minnesota | * | |
| corporation, | * | |
| | * | |
| Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Roffe Containers, Inc., a dissolved | * | |
| Minnesota corporation; David Thomas; | * | [UNPUBLISHED] |
| Jerry Aamot; George Corbey; Donald | * | |
| Scott; Aamot/Thomas Partnership, a | * | |
| Minnesota partnership, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 20, 1997
Filed:      December 12, 1997

_____

Before BEAM, HEANEY, and BRIGHT, Circuit Judges.

_____

PER CURIAM.

Gabriel Chehadeh and Chedco Development, Inc. (Chedco) appeal from the district court's[1] order dismissing Chehadeh's discrimination claim brought under 42

---

[1]The Honorable Jonathan Lebedoff, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

U.S.C. §§ 1981 and 1982 and various state law claims brought by Chehadeh and Chedco.

After carefully reviewing the record and the parties' submissions, we conclude that the district court did not err. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B. Moreover, on the court's own motion, we order appellant Gabriel Chehadeh to pay Roffe Containers, Inc., $5000 as attorney fees for bringing this appeal. See 8th Cir. R. 47C(a).

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.